# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **23-mag-3213**　　　　　　　　　　　Date **6/08/2023**

USAO No. **2022R00350**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint　　　☐ Removal Proceedings in

*United States v.* **Fernando Lopez and Edwin Ortiz**

The Complaint/Rule 40 Affidavit was filed on **04/24/2023**

✓ *U.S. Marshals please withdraw warrant*

　　　　　　　　　　　　　　　　　　　　　CAMILLE FLETCHER
　　　　　　　　　　　　　　　　　　　Digitally signed by CAMILLE FLETCHER
　　　　　　　　　　　　　　　　　　　Date: 2023.06.08 16:46:36 -04'00'

　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　(handwritten or digital signature)

　　　　　　　　　　　　　　　　　　　(print name if signature handwritten)

**SO ORDERED:**

DATE: June 9, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SARAH NETBURN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge